# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HELEN ROSARIO,**

        **Plaintiff,**

v.                                        **Case No: 6:23-cv-839-PGB-RMN**

**THE FIRST LIBERTY
INSURANCE CORPORATION,**

        **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed August 3rd, 2023. (Doc. 18). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant The First Liberty Insurance Corporation are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 4, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties